# UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Lt. Ronda Nunnally )
)
          Plaintiff, )
     v. )    Case No.: 1:08-cv-01464 (RWR)
)
Chief Cathy Lanier, et al )
)
         Defendant. )

## CERTIFICATE OF SERVICE OF PROCESS

The Complaint and Summons were mailed via United States Postal Service on August 29, 2008 via first class, certified mail, restricted delivery to the defendants, Mayor Adrian Fenty, Acting Attorney General Nickels, the United States Attorney, and the Attorney General of the United States.  Service was perfected as follows:

| | Defendant | Postal # | Date Served | Ex. |
|---|---|---|---|---|
| 1. | DC Metro. Police Dept. | 70071490000188567898 | 09/02/08 | Ex. 1 |
| 2. | DC Metro Police Dept | 70071490000188567928 | 09/02/08 | Ex. 2 |
| 3. | DC Metro Police Dept | 70071490000188567881 | 09/04/08 | Ex. 3 |
| 4. | Chief Cathy Lanier | 70071490000188567904 | 09/04/08 | Ex. 4 |
| 5. | A/Chief Diane Groomes | 70071490000188567911 | 09/04/08 | Ex. 5 |
| 6. | Mr. Thaddeus Zalewski | 70071490000188567843 | 09/02/08 | Ex. 6 |
| 7. | Captain David Kamperin | 70071490000188567874 | 09/04/08 | Ex. 7 |

| 8.  | Captain Lamont Coleman | 70071490000188567850 | 09/04/08 | Ex. 8  |
|-----|------------------------|----------------------|----------|--------|
| 9.  | Insp. Edward Delgado   | 70071490000188567867 | 09/04/08 | Ex. 9  |
| 10. | US. Attorney General   | 70071490000188567836 | 09/02/08 | Ex. 10 |
| 11. | US Attorney for DC      | 70071490000188567829 | 09/04/08 | Ex. 11 |
| 12. | US Senate Com. Appro.  | 70071490000188567812 | 09/02/08 | Ex. 12 |
| 13. | US House of Rep.        | 70071490000188567805 | 09/02/08 | Ex. 13 |

Respectfully Submitted,


/s/
E. Scott Frison, Jr., Esq.
Bar No. 478092
Attorney for the Petitioner
1629 K. St., NW. St. 300
Washington, DC 20036


## CERTIFICATE OF SERVICE

The Certificate of Service of Process was filed and served electronically via ECF on 4th day of September, 2008.



/s/
E. Scott Frison, Jr., Esq.

2



UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7898**
Status: **Delivered**

Your item was delivered at 2:43 PM on September 2, 2008 in
WASHINGTON, DC 20004.

Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*

Go >

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*
### V.
*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

**CASE**

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

**TO:** (Name and address of Defendant)

*D.C. Metro. Police Dept.*
*Serve: Mayor Adrian Fenty*
*Executive Office of the Mayor*
*1350 Penn. Ave. N.W.   #316*
*W. DC. 20004*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.*
*1629 K Street, N.W.*
*# 300*
*Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2008

CLERK

DATE

(By) DEPUTY CLERK

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

☐ Addressee

B. Received by ( Printed Nam   C. Date of Delivery

1. Article Addressed to:

D. C. Metro Police Dept.
Swat
Mayor Adrian Fenty
Executive Office of the Mayor
1350 Penn Ave., NW. #316
Washington, D.C. 2 0004

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   7007 1490 0001 8856 7898

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Mayor Adrian Fenty
Executive Office of the Mayor
1350 Penn. Ave. N.W. #316
Washington, D.C. 20004



UNITED STATES
POSTAL SERVICE

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7928**
Status: **Delivered**

Your item was delivered at 3:34 PM on September 2, 2008 in
WASHINGTON, DC 20001.

Enter Label/Receipt Number.

*Additional Details >*      *Return to USPS.com Home >*

Go >

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*

V.

*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

**CASE N**

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*D.C. Police Dept.*

*Serve: Peter Nickles*
*Acting D.C. Atty General*
*441 4th Street, N.W. # 1060 North*
*W. D.C. 20001*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.*
*1629 K Street, N.W.*
*# 300*
*Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

**AUG 2 2 2008**

CLERK

DATE

(By) DEPUTY CLERK

■ so that we can return the card to you.
■ Attach this card to the ~~~ of the mailpiece,
   or on the front if space permits.

**1. Article Addressed to:**

D.C. Police Dept.

Sure:

Peter Nichles
Acting D.C. Attorney General
441 4th St., N.W.
# 1060 North
Washington D.C. 20001

**B.** Received by ( *Printed Name* )    **C.** Date of Delivery

**D.** Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

**3. Service Type**
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

**4.** Restricted Delivery? (*Extra Fee*)   ☒ Yes

**2. Article Number**
   (*Transfer from service label*)

7007 1490 0001 8856 7928

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

St., NW Ste 300
ington, D.C. 20036

AG Peter Nichles, Esq.
441 4th St., N.W. # 1060 N
Washington, D.C. 20001



UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0001 8856 7881**
Status: **Delivered**

Your item was delivered at 9:35 AM on September 4, 2008 in
WASHINGTON, DC 20001.

Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*

Go >

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*

V.

*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

CASE I

TO: (Name and address of Defendant)

*D.C. Metro. Police Dept.*
*Serve: Denise Fields*
*Agent for Serv. of Process*
*Asst. Atty General for DC.*
*441 4th Street, N.W. # 600 South*
*W.D.C. 20001*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.*
*1629 K Street, N.W.*
*# 300*
*Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 2 2 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

- so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

D. C. Metro Police Dept.
Servei Damien Fields
Agent for Service of Process
AAG for District of Columbia
441 4th St., N.W. #600S
Washington, D.C. 20001

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☒ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0001 8856 7881

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001



UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7904**
Status: **Delivered**

Your item was delivered at 9:35 AM on September 4, 2008 in
WASHINGTON, DC 20001.

Enter Label/Receipt Number.

*Additional Details >     Return to USPS.com Home >*

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*

**v.**

*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

**CASE**

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

**TO:** (Name and address of Defendant)

*Chief Cathy Lanier
Chief of Police
D.C. Metro Police Dept.
300 Indiana Ave N.W.
W, D.C. 20001*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

**AUG 2 2 2008**

DATE

_(By) DEPUTY CLERK_

■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

so that we can return the card to you.

| B. Received by (Printed Name) | C. Date of Delivery |
| --- | --- |

1. Article Addressed to:

Chief Cathy Lanier
Chief of Police, D.C. Metro
300 Indiana Ave., N.W
Washington, D.C.
                      20036

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☒ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0001 8856 7904

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7911**
Status: **Delivered**

Your item was delivered at 9:11 AM on September 2, 2008 in
WASHINGTON, DC 20001.

*Additional Details >*    *Return to USPS.com Home >*

Enter Label/Receipt Number.

*Go >*

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*

V.

*Chief Cathy Lanier, ETAL*

**SUMMONS IN A CIVIL CASE**

**CASE N**

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*Assistant Chief Diana GOMES*
*D.C. Metro Police Dept.*
*300 Indiana Ave , N.W.*
*Washington D-C. 20036*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. SCOTT FRISON, JR., ESQ.*
*1629 K STREET, N.W.*
*# 300*
*WASHINGTON, D.C. 20036*

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

**AUG 2 2 2008**

CLERK

DATE

(By) DEPUTY CLERK

St., NW Ste. 300
gton, D.C. 20036

■ Print your name and address on the...
■ Attach this card to the b...  f the mailpiece,
  or on the front if space permits.

B. Received by (Printed Name)   C. Date

1. Article Addressed to:

Assistant Chief Diane Goomes
A. C. Metro Police Dept.
300 Indiana Ave, N.W.

Washington, D.C.
                          20036

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☒ Yes

2. Article Number            7007 1490 0001 8856 7911
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

AC Diane Groomes
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

Priority Mail.



**UNITED STATES POSTAL SERVICE**

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7843**
Status: **Delivered**

Your item was delivered at 9:11 AM on September 2, 2008 in WASHINGTON, DC 20001.

Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*

Go >

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyrights 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LieuTenant Rhonda Nunnally

V.

Chief Cathy Lanier, et al

**SUMMONS IN A CIVIL CASE**

CA

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Thaddeus (Ted) Zalewski
D.C. Metro. Police Dept.
300 Indiana Ave. N.W.
W.D.C. 2000)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2008

CLERK                                          DATE

(By) DEPUTY CLERK

■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

| A. | ☒ Addressee |
| B. Received by ( Printed Name ) | C. Date of Delivery |

**1. Article Addressed to:**

Thoddeus (Ted) Zalewski
D.C. Metro Police Dept.
300 Indiana Ave., N.W.
Washington, D.C.
        20001

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**3. Service Type**
☒ Certified Mail      ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**   ☒ Yes

**2. Article Number**
*(Transfer from service label)*

7007 1490 0001 8856 7843

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Thaddeus (Ted) Zalewski
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001



UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7874**
Status: **Delivered**

Your item was delivered at 9:35 AM on September 4, 2008 in
WASHINGTON, DC 20001.

Enter Label/Receipt Number.

*Additional Details >     Return to USPS.com Home >*

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.     *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*

V.

*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

**CASE N**

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*Captain David Kamperin
DC Metro. Police Dept.
300 Indiana Ave. N.W.
W. D.C. 20001*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG 2 2 2008

DATE

(By) DEPUTY CLERK

so that we can return the card to you.
■ Attach this card to the        . of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Captain DAVID Komperin

A. C Metro Police Dept.

300 Indiana Ave, N.W.

Washington D.C.
                    20036

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☒ Yes

2. Article Number
   (Transfer from service label)     7007 1490 0001 8856 7874

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Captain David Kamperin
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001



UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7850**
Status: **Delivered**

Your item was delivered at 9:35 AM on September 4, 2008 in
WASHINGTON, DC 20001.

Enter Label/Receipt Number.

*Additional Details >    Return to USPS.com Home >*

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyrights 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service ™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.68 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.2? |
| Restricted Delivery Fee (Endorsement Required) | | $4.30 |
| Total Postage & Fees | $ | $10.88 |

Postmark Here
BOWIE
AUG 2 9 2008
08/29/2008

Sent To  Cpl. Lamot Clemon, I (Metr. Police Dept.)
Street, Apt. No.;  300 Indiana Ave., N.W.
or PO Box No.
City, State, ZIP+4  Washington D.C. 2000?

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Ronda Nunnally*

V.

*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

CASE NU~~MBER~~

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*Captain Lamont Coleman
D.C. Metro Police Dept.
300 Indiana Ave. N.W.
W.D.C. 20001*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG 2 2 2008

DATE

(By) DEPUTY CLERK

so that we can return the card to you.
■ Attach this card to the b      f the mailpiece,
  or on the front if space permits.

B. Received by ( Printed Name )          C. Date of Delivery

1. Article Addressed to:

Captain Lamont Coleman
D.C. Metropolitan Police Dep).
300 Indiana Ave., N.W.
Washington, D.C.
                    20001

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☒ Yes

2. Article Number
   (Transfer from service label)      7007 1490 0001 8856 7850

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Captain Lamont Coleman
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign in

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7867**
Status: **Delivered**

Your item was delivered at 9:35 AM on September 4, 2008 in WASHINGTON, DC 20001.

*Additional Details >*    *Return to USPS.com Home >*

Enter Label/Receipt Number.

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lieutenant Ronda Nunnally
### V.
Chief Cathy Lanier, et al

**SUMMONS IN A CIVIL CASE**

CASE   Case: 1:08-cv-01464
       Assigned To : Roberts, Richard W.
       Assign. Date : 8/22/2008
       Description: Employ. Discrim.

TO: (Name and address of Defendant)

Inspector Edward Delgado
D.C. Metro. Police Dept.
300 Indiana Ave. N.W.
W.D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2008

CLERK                                          DATE

(By) DEPUTY CLERK

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery

1. Article Addressed to:

Inspector Edward Delgado
D.C. Metro Police Dept.
300 Indiana Ave, N.W.
Washington, D.C.
20001

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)

7007 1490 0001 8856 7867

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Lt. Edward Delgado
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001



UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7812**
Status: **Delivered**

Your item was delivered at 10:54 AM on September 2, 2008 in WASHINGTON, DC 20510.

Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lieutenant Ronda Nunnally

V.

Chief Cathy Lanier, Etal

**SUMMONS IN A CIVIL CASE**

CASE N:

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

U.S. Senate
Senate Committee on Appropriations
Sub-Committee For District of Columbia
528 Hart Senate Bldg.
W, D.C. 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    **AUG 2 2 2008**

CLERK                                                                DATE

(By) DEPUTY CLERK

■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

U.S. Senate
Committee on Appropriations
Sub-Com. for D.C.
528 Hart Senate Bld.
Washington D.C.
20510

A.

B. Received by ( Printed Name )     C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)

7007 1490 0001 8856 7812

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Senate
Com. On Appropriations
Sub-Com. For D.C.
528 Hart Senate Bldg.
Washington, D.C. 20510



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7805**
Status: **Delivered**

Your item was delivered at 11:25 AM on September 2, 2008 in
WASHINGTON, DC 20515.

Enter Label/Receipt Number.

*Additional Details >    Return to USPS.com Home >*

*Go >*

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Lieutenant Rhonda Nunnally*

V.

*Chief Cathy Lanier, et al*

**SUMMONS IN A CIVIL CASE**

CASE NL

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*U.S. House of Representatives
Federal Workforce, Postal Srvc.
and the District of Columbia
Sub-Committee
H-232 U.S. Capital
W.D.C. 20515*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*E. Scott Frison, Jr., Esq.
1629 K Street, N.W.
# 300
Washington, D.C. 20036*

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG 2 2 2008

DATE

(By) DEPUTY CLERK

so that we can return the card to you.
■ Attach this card to the back the mailpiece,
or on the front if space per.....s.

B. Received by ( Printed Name)     C. Date of Delivery

1. Article Addressed to:

U. S. House of Representative
Sub-Com. fr. D.C.
H-232 U.S. Capital
Washington D.C.
    20515

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)     7007 1490 0001 8856 7805

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

St., NW Ste. 300
ton, D.C. 20036

U.S. House of Representatives
Sub-Com. For D.C.
H-232 U.S. Capital
Washington, D.C. 20515