# UNITED STATES DISTRICT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| Lt. Ronda Nunnally | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:08-cv-01464 (RWR) |
| | ) | |
| Chief Cathy Lanier, et al | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF PROCESS

The Complaint and Summons were mailed via United States Postal Service on August 29, 2008 via first class, certified mail, restricted delivery to the defendants, Mayor Adrian Fenty, Acting Attorney General Nickels, the United States Attorney, and the Attorney General of the United States. Service was perfected as follows:

| | Defendant | Postal # | Date Served | Ex. |
|---|---|---|---|---|
| 1. | DC Metro. Police Dept. | 70071490000188567898 | 09/02/08 | Ex. 1 |
| 2. | DC Metro Police Dept | 70071490000188567928 | 09/02/08 | Ex. 2 |
| 3. | DC Metro Police Dept | 70071490000188567881 | 09/04/08 | Ex. 3 |
| 4. | Chief Cathy Lanier | 70071490000188567904 | 09/04/08 | Ex. 4 |
| 5. | A/Chief Diane Groomes | 70071490000188567911 | 09/04/08 | Ex. 5 |
| 6. | Mr. Thaddeus Zalewski | 70071490000188567843 | 09/02/08 | Ex. 6 |
| 7. | Captain David Kamperin | 70071490000188567874 | 09/04/08 | Ex. 7 |

| | | | | |
|---|---|---|---|---|
| 8. | Captain Lamont Coleman | 70071490000188567850 | 09/04/08 | Ex. 8 |
| 9. | Insp. Edward Delgado | 70071490000188567867 | 09/04/08 | Ex. 9 |
| 10. | US. Attorney General | 70071490000188567836 | 09/02/08 | Ex. 10 |
| 11. | US Attorney for DC | 70071490000188567829 | 09/04/08 | Ex. 11 |
| 12. | US Senate Com. Appro. | 70071490000188567812 | 09/02/08 | Ex. 12 |
| 13. | US House of Rep. | 70071490000188567805 | 09/02/08 | Ex. 13 |

Respectfully Submitted,

/s/
E. Scott Frison, Jr., Esq.
Bar No. 478092
Attorney for the Petitioner
1629 K. St., NW. St. 300
Washington, DC 20036

## CERTIFICATE OF SERVICE

The Certificate of Service of Process was filed and served electronically via ECF on 4th day of September, 2008.

/s/
E. Scott Frison, Jr., Esq.



# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7836**
Status: **Delivered**

Your item was delivered at 11:25 AM on September 2, 2008 in WASHINGTON, DC 20530.

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20503  OFFICIAL USE

| | |
|---|---|
| Postage | $1.51 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $4.30 |
| Total Postage & Fees | $10.71 |

Postmark Here  BOWIE MD  AUG 29 2008  08/28/2008  SPS - 20715

Sent To: U.S. Attorney General, J.O.S.
Street, Apt. No.; or PO Box No.: 950 Penn. Ave., N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0001 8856 7836

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    9/3/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LIEUTENANT RONDA NUNNALLY
V.
CHIEF CATHY LANIER, ETAL

**SUMMONS IN A CIVIL CASE**

CASE N

Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. SCOTT FRISON, JR., ESQ.
1629 K STREET, N.W.
# 300
WASHINGTON, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**    **AUG 22 2008**
CLERK                              DATE

_____
(By) DEPUTY CLERK

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

B. Received by ( Printed Name )

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   U.S. Attorney General
   D.O.J.
   950 Penn. Ave., N.W.
   Washington, D.C.
   20530

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number    7007 1490 0001 8856 7836
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Attorney General
D.O.J.
950 Penn. Ave., N.W.
Washington, D.C. 20530



UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7829**
Status: **Delivered**

Your item was delivered at 11:15 AM on September 4, 2008 in WASHINGTON, DC 20530.

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.68 | 0715 |
| Certified Fee | $2.70 | 21 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $4.30 | |
| Total Postage & Fees | $10.88 | AUG/27/2008 |

Postmark: BOWIE MD USPS 20715

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 501 3rd St., N.W.
City, State, ZIP+4: Washington, D.C. 20001

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0001 8856 7829

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LIEUTENANT RONDA NUNNALLY
V.
CHIEF CATHY LANIER, ETAL

**SUMMONS IN A CIVIL CASE**

CASE N  Case: 1:08-cv-01464
Assigned To : Roberts, Richard W.
Assign. Date : 8/22/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

**U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. SCOTT FRISON, JR., ESQ.
1629 K STREET, N.W.
# 300
WASHINGTON, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 AUG 2 2 2008
CLERK                                       DATE

(By) DEPUTY CLERK

- Complete your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

B. Received by ( Printed Name )

C. Date of Delivery

1. Article Addressed to:

U.S. Attorney
501 3rd St., N.W.
Washington, D.C.
20001

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)
   7007 1490 0001 8856 7829

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Attorney
501 3rd St., N.W.
Washington, D.C. 20001