IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONDA NUNNALLY ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:08-cv-01464-PLF-DAR |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT
ASSOCIATED WITH ITS SPOLIATION OF EVIDENCE**

COMES NOW Plaintiff Ronda Nunnally ("Nunnally" or "Plaintiff"), through counsel, pursuant to Fed. R. Civ. P. Rule 7(b), Fed. R. Civ. P. Rule 37, LCvR 7 and this Court's October 2, 2012 Minute Order, and argues in support of the instant Motion for Sanctions Against Defendant District of Columbia ("D.C." or "Defendant"), associated with Defendant's Spoliation of Evidence in the accompanying Memorandum of Points and Authorities in support hereof.

Pursuant to LCvR 7(m), the undersigned has been advised by Defendant that it does not consent to any of the relief requested in this Motion.

WHEREFORE, for the reasons articulated in the attendant Memorandum of Points and Authorities, Plaintiff hereby moves for sanctions as outlined in the Memorandum against Defendant associated with Defendant's spoliation of evidence relevant to the above-captioned case.

1

Respectfully submitted,


ALDERMAN, DEVORSETZ & HORA PLLC


/s/
T. Cary Devorsetz (D.C. Bar No. 475070)
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
cdevorsetz@adhlawfirm.com
Phone: (202) 969-8220
Fax: (202) 969-8224